IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 NOV 17 P 4: 52
CLERK C Cobell
SO. DIST. OF GA.

CASE NO.

GENERAL ORDER

CV506-101

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop a proposed discovery plan, and submit a report to this Court. Subsequent to the filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P. 16(b). Therefore, by the earlier of **twenty (20) days** after the filing of the last answer of the defendants named in the original complaint or **forty-five (45) days** after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a defendant named in the original complaint, the parties shall confer as provided in Rule 26(f). See L.R. 26.1(a). Thereafter, within ten (10) days after the required conference held pursuant to 26(f), the parties shall submit to the Court a written report conforming to the language and format of the Rule 26(f) Report attached to this Order outlining their discovery plan. See L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected to adhere to the following deadlines and limitations:

1. The parties shall serve all written discovery on opposing parties and shall complete all depositions within **140 days** of the filing of the last answer of the defendants named in the original complaint. See L.R. 26.1(d)(i).

2. The plaintiff must furnish the expert witness reports required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference. See L.R. 26.1(d)(ii).

3. The defendant must furnish the expert witness reports required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later). See L.R. 26.1(d)(iii).

4. The last day for filing motions to add or join parties or amend the pleadings is **60 days** after the first answer of the defendants named in the original complaint. See L.R. 16.3.

5. The last day for filing all other motions, excluding motions in limine, is **30 days** after the close of discovery. See L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party. Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

**SO ORDERED.**

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

_____________ DIVISION

Plaintiff )

v. ) Case No.:

Defendant )

RULE 26(f) REPORT

1. Date of Rule 26(f) conference: ______________________________

2. Parties or counsel who participated in conference:

____________________________________________________________

____________________________________________________________

____________________________________________________________

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.

_______________________________________________

4. Date the Rule 26(a)(1) disclosures were made or will be made:

_______________________

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

(a) Identify the party or parties making the objection or proposal:

_______________________________________________

_______________________________________________

_______________________________________________

(b) Specify the objection or proposal:

_______________________________________________

_______________________________________________

_______________________________________________

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

(a) Identify the party or parties requesting additional time:

_______________________________________________

_______________________________________________

______________________________________________

(b) State the number of months the parties are requesting for discovery:

______________________________________ months

(c) Identify the reason(s) for requesting additional time for discovery:

____ Unusually large number of parties

____ Unusually large number of claims or defenses

____ Unusually large number of witnesses

____ Exceptionally complex factual issues

________ Need for discovery outside the United States

____ Other: ___________________________________

(d) Please provide a brief statement in support of each of the reasons identified above:

______________________________________________________

______________________________________________________

______________________________________________________

______________________________________________________

__________________________________________________

______________________________________________

______________________________________________

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

(a) Identify the party or parties requesting such limits:

______________________________________________

______________________________________________

______________________________________________

(b) State the nature of any proposed limits:

______________________________________________

______________________________________________

______________________________________________

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

| | |
|---|---|
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

________________________________________

________________________________________

________________________________________

(b) State which deadline should be modified and the reason supporting the request:

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

9. State any other matters the Court should include in its scheduling order:

________________________________________

________________________________________

________________________________________

__________________________________________________________

__________________________________________________________

10. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

__________________________________________________________

__________________________________________________________

__________________________________________________________

This _______ day of _______________, 20 .

Signed: ____________________________________
*Attorney for Plaintiff*

____________________________________
*Attorney for Defendant*